IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

| | |
|---|---|
| NORTHERN CALIFORNIA TITLE COMPANY,<br><br>       Plaintiff<br><br>       v.<br><br>EL CAMINO IRRIGATION DISTRICT, et. al.,<br><br>       Defendants. | Case No :2:07-cv-02773-GEB-EFB |

JUDGMENT AND ORDER

    This action is an interpleader to determine which of the consensual, statutory or judgment lienholders are entitled to have their liens paid from the remaining proceeds from the foreclosure sale of a property whose street address is 10080 J Street, Live Oak, California, 95953.

    Plaintiff caused all the recorded lienholders and the former owners of the property to be duly served with summons and complaints. One judgment creditor, Statewide Credit and Collection Bureau, stipulated that it should be dismissed because it had no interest in the surplus proceeds. Another judgment creditor, Fresno Credit Bureau, failed to answer and was defaulted by the Clerk of Court at the request of the Plaintiff. Similarly, the former owners, Shahida and Imdad Khan, failed to answer and were defaulted by the Clerk of Court at the request of Plaintiff.

    The United States of America, on behalf of its Department of Agriculture, Farm Service Agency (FSA), answered and asserted that its consensual liens were prior in time to that of all other recorded liens on the property. El Camino Irrigation District answered and asserted that its statutory liens are superior to all other recorded liens on the property. FSA and El Camino Irrigation District stipulated that El Camino's statutory liens are superior to FSA's prior voluntary liens and that El Camino should

1  be paid the sum of $7,170 from said surplus funds in full satisfaction of its liens. Plaintiff and FSA
2  stipulated that Plaintiff's attorneys' fees and costs of this action in the total sum of $3,120.86 should be
3  paid from said surplus funds.
4      Accordingly, this Court finds, adjudges and decrees that:
5    1.  The lien of El Camino Irrigation District in the amount of $7,170 be paid first from the
6      escrowed surplus funds;
7    2.  Plaintiff's fees and costs in the amount of $3,120.86 be paid second from the escrowed
8      surplus funds; and
9    3.  The remaining escrowed surplus funds, including accrued interest, if any, be paid to the
10     United States of America.

SO ORDERED.

Dated: April 25, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge